IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 2 8 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ROSEMARY GUERRA INDIVIDUALLY | § | |
| AND AS NEXT FRIEND OF | § | |
| EDIBERTO GUERRA | § | |
| *and all those similarly situated* | § | |
| | § | |
| VS. | § | C. A. NO. ___B-02-207. |
| | § | |
| SOUTH TEXAS HIGH SCHOOL- | § | |
| SAN BENITO, SOUTH TEXAS | § | |
| INDEPENDENT SCHOOL DISTRICT | § | |
| AND MARLA M. GUERRA | § | |

## DEFENDANTS
### SOUTH TEXAS HIGH SCHOOL - SAN BENITO;
### SOUTH TEXAS INDEPENDENT SCHOOL DISTRICT;
### AND MARLA M. GUERRA'S

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

Defendants **SOUTH TEXAS HIGH SCHOOL - SAN BENITO; SOUTH TEXAS INDEPENDENT SCHOOL DISTRICT; and MARLA M. GUERRA (hereinafter "Defendants")** file this Notice of Removal under Federal Rule of Civil Procedure 81(c).

### I.

### Introduction

Plaintiffs **ROSEMARY GUERRA INDIVIDUALLY AND AS NEXT FRIEND OF EDIBERTO GUERRA and all those similarly situated (hereinafter "Plaintiffs")** filed suit in the 138th Judicial District of Texas.  Defendants received notice of the suit on

October 21, 2002. Defendants timely filed this Notice of Removal within the thirty-day time period required by 28 U.S.C. § 1446(b).

## II.

### Nature of Suit

In Plaintiffs' Original Petition, Plaintiffs allege violations of their due process rights, their education rights and their parental rights as a basis for a Temporary Restraining Order, a Temporary Injunction, damages and attorney fees. Please note in attached pleading and other filings in the State Court that Plaintiffs have obtained a Temporary Restraining Order and a Show Cause Order against Defendants. (Please see attached as composite "Exhibit A" all State Court pleadings and filings which are incorporated herein).

## III.

### Basis For Removal

Removal is proper because Plaintiffs' causes of action involve a federal question, specifically Plaintiffs' claims arise under 34 C.F.R. § 300.001 *et. seq.*, more commonly referred to as "Individuals with Disabilities Education Act", or "IDEA". In particular, Plaintiffs' allegations are specifically requesting protection of educational rights of handicapped plaintiff students and as plaintiff parents of handicapped students. Clearly, these claims are governed by 34 C.F.R. § 300.001 *et. seq.*, or IDEA.

Although the State of Texas has also passed legislation regarding Individuals with Disabilities Education Act, the Texas legislation clearly defers to

34 C.F.R. 300.001 *et. seq.* as the statewide plan is to be developed and modified to be "consistent with federal law." TEXAS EDUCATION CODE § 29.001. Therefore, pursuant to 28 U.S.C. 1331, the United States District Court for the Southern District of Texas has original jurisdiction over this matter.

## IV.

### The Notice Of Removal Is Procedurally Correct

Defendants attached to this notice all pleadings, orders and other filings in the State Court action as required by 28 U.S.C. § 1446(a).

Venue is proper in this district under 28 U.S.C. 1441(a) because this district and division embrace the place in which the removed action has been pending.

Defendants will promptly file a copy of this Notice of Removal with the Clerk of the State Court in which the action has been pending.

### Prayer

WHEREFORE, PREMISES CONSIDERED, all Defendants respectfully request this Court, pursuant to 28 U.S.C. § 1331 and 1446, take jurisdiction of the removed action and proceed therewith according to law.

DATED:  October 28, 2002.

Respectfully submitted,

**FLEMING & HERNANDEZ, P.C.**
1650 Paredes Line Road, Suite 102
Brownsville, Texas  78521-1602
Telephone:  (956) 982-4404
Telecopier:  (956) 982-0943


by: _____

**Tom Fleming**
State Bar of Texas No. 07133000
Federal I. D. No. 1188

**Jeffrey G. Mathews**
State Bar of Texas No. 24013115
Federal I. D. No. 24499

**COUNSEL FOR DEFENDANTS:**
**SOUTH TEXAS HIGH SCHOOL - SAN BENITO;**
**SOUTH TEXAS INDEPENDENT SCHOOL DISTRICT;**
**and**
**MARLA M. GUERRA.**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing **DEFENDANTS SOUTH TEXAS HIGH SCHOOL - SAN BENITO; SOUTH TEXAS INDEPENDENT SCHOOL DISTRICT; AND MARLA M. GUERRA'S NOTICE OF REMOVAL** was served October 28, 2002 in the manner(s) indicated below upon the following Counsel-of-record:

> **COUNSEL FOR PLAINTIFFS,**
> **ROSEMARY GUERRA INDIVIDUALLY**
> **AND AS NEXT FRIEND OF EDIBERTO GUERRA**
> **and all those similarly situated:**
> Ray R. Marchan
> WATTS LAW FIRM, L.L.P.
> 1926 East Elizabeth Street
> Brownsville, Texas  78520
> *(Certified United States Mail, R.R.R., #7000 0520 0022 1411 7992)*

_____
Tom Fleming

FILED ___ O'CLOCK ___ P. M
AURORA DE LA GARZA DIST. CLERK

OCT 22 2002

DISTRICT COURT OF CAMERON COUNTY, TEXAS
RICK M. CORNEJO
_____ DEPUTY

CAUSE NO. 2002-10-4214-B

| | | |
|---|---|---|
| ROSEMARY GUERRA INDIVIDUALLY | § | IN THE DISTRICT COURT |
| AND AS NEXT FRIEND OF | § | |
| EDIBERTO GUERRA | § | |
| *and all those similarly situated* | § | |
| | § | CAMERON COUNTY, TEXAS |
| VS. | § | |
| | § | |
| SOUTH TEXAS HIGH SCHOOL- | § | |
| SAN BENITO, SOUTH TEXAS | § | |
| INDEPENDENT SCHOOL DISTRICT | § | |
| AND MARLA M. GUERRA | § | 138th JUDICIAL DISTRICT |

## PLAINTIFF ROSEMARY GUERRA'S ORIGINAL PETITION AND APPLICATION FOR TEMPORARY RESTRAINING ORDER AND TEMPORARY INJUNCTION

COMES NOW ROSEMARY GUERRA, INDIVIDUALLY AND AS NEXT FRIEND OF EDIBERTO GUERRA, *and all those similarly situated*, Plaintiffs, by and through their attorney of record, RAY R. MARCHAN of WATTS LAW FIRM, L.L.P.., 1926 E. Elizabeth, Brownsville, Texas, and would respectfully show unto the court as follows:

I.

### PARTIES

Plaintiffs are individuals residing in Cameron County, Texas. Defendant **SOUTH TEXAS HIGH SCHOOL-SAN BENITO, SOUTH TEXAS INDEPENDENT SCHOOL DISTRICT** are organized by a south Texas school district and the superintendent of said school district is Marla M. Guerra. These defendants may be served with process at 100 Med High Drive, Mercedes, Texas 78570.

II.

### VENUE

Venue is proper in Cameron County, Texas because the acts complained of have occurred in Cameron County, Texas.

**PLAINTIFF'S ORIGINAL PETITION AND APPLICATION FOR TEMPORARY RESTRAINING ORDER AND TEMPORARY INJUNCTION - Page 1**



EXHIBIT NO. A

III.

JURISDICTION

Jurisdiction is proper in this Court, because Plaintiff's damages exceed the minimum jurisdictional limits of this Court.

IV.

Plaintiffs are complaining of the defendants' actions in violation of Plaintiffs' due process, education and parental rights under the law.

V.

FACTS

Plaintiff Rosemary Guerra Individually, is a parent and mother of a disabled child, Ediberto Guerra, both of whom, along with all others similarly situated, are entitled to rights and protections under the Disability, Education and Due Process Laws enacted for their benefit. Specifically, the child Ediberto Guerra was referred on _____ from his home school district of San Benito in San Benito, Texas, to South Texas High School-San Benito, a campus of the South Texas Independent School District. Because of his mental disability, Ediberto Guerra was not able to assimilate into the regular campus of San Benito School District and was, in fact, not unexpectedly, subject to ridicule, harassment, and even physical assault with a deadly weapon at such campus. Since his acceptance by South Texas High School-San Benito to the greatest extent possible, Ediberto Guerra has advanced and progressed in the appropriate environment there. The services provided at South Texas High School-San Benito have not only been appropriate but are required by law, as is the case for all other students similarly situated at South Texas High School-San Benito.

Review of a student's progress takes place commonly every year during a review process called an "ARD" meeting. These meetings are for various purposes and are to be undertaken for the sole benefit of the child student and requires input from the parent to be meaningfully considered. However, that is not presently taking place during the ARD meetings involving students at South Texas High School-San Benito. The Superintendent, Marla Guerra, is

effectuating acts and policies meant to eliminate students from South Texas High School-San Benito so that the school may be administratively closed. Because of such attitude, policy and implementation by the superintendent, the legal requirements of a student's needs being met are thwarted and usurped by this decision to administratively close South Texas High School-San Benito. That is, that the students' true needs and meaningful participation by the student's parents has been cast aside for solely administrative expediency.

As regards these individual plaintiffs, during their annual ARD meeting, because of acts of South Texas High School-San Benito, South Texas Independent School District and its Superintendent, Marla M. Guerra, decided that Ediberto Guerra was to be returned to the high school of the San Benito Independent School District. Such a decision was and is detrimental to Ediberto Guerra to his health, education and welfare. These individual plaintiffs desire to have Ediberto Guerra continue at South Texas High School-San Benito in order to receive the most appropriate educational and safe environment. Because of the irreparable harm that has occurred in the past and will likely occur in the future should Ediberto Guerra return to San Benito High School, the parents have chosen instead to keep Ediberto Guerra at home for his personal welfare and safety, because South Texas High School-San Benito, South Texas I.S.D. and its superintendent Marla M. Guerra will not allow Ediberto Guerra to continue at such facility. Plaintiffs individually duly seek a temporary restraining order form this court-prohibiting South Texas High School-San Benito, South Texas Independent School District and Marla Guerra from preventing Ediberto Guerra from attending South Texas High School-San Benito.

These individual plaintiffs and all others similarly situated need this Honorable Court's protection of their educational rights as handicapped children and parents of handicapped children in the Rio Grande Valley. The defendants under the guise of Least Restrictive Environment are trying to place the current students of South Texas High School-San Benito back in what is referred to their "home district" when such is inappropriate and violates the law. Additionally, these defendants have undertaken acts to prevent those disabled children in the Rio

**PLAINTIFF'S ORIGINAL PETITION AND APPLICATION FOR TEMPORARY RESTRAINING ORDER AND TEMPORARY INJUNCTION - Page 3**

Grande Valley from receiving the most appropriate services at South Texas High School-San Benito. When these disabled students are returned to their original high school, the quality of the programs in each school is much lower than what was available and utilized by the students at South Texas High School-San Benito. Those children who attend South Texas High School-San Benito are qualified for such attendance and are students with lifetime disabilities, many of whom will never be able to meet the level of their normal peers and who feel much more at ease amongst these other disabled children.

The Defendants South Texas High School-San Benito, South Texas Independent School District and Marla Guerra, are required to establish a neutral committee composed of persons to develop an individualized educational program for each disabled and handicapped child. In carrying out their duties, the defendants must obtain and give meaningful appreciation to information provided by parents and teachers of students in special education programs in the district. Plaintiffs complain individually and on behalf of all others similarly situated that the defendants have failed to comply with the major requirements of the law applicable to individuals with disabilities relating to special education. Additionally, these plaintiffs complain for themselves and all others similarly situated that they have no meaningful complaint management process for its expedited investigation and resolution of their complaints concerning these defendants' failure to provide special education or related services to those students which are eligible to participate in these defendants special education programs, therefore necessitating this Court's equitable intervention.

Additionally, these individuals complain on behalf of themselves and all others similarly situated that these defendants have failed in the responsibilities for the provision of services necessary to prepare the students enrolled in special education programs for successful transition to life outside in the public outside of their school system. Plaintiffs complain individually and on behalf of all others , that the defendants have failed to develop and annually review with due process considerations individual transition plans for those students enrolled in the special education program who are at least sixteen (16) years of age. Your plaintiff Eliberto Guerra is

PLAINTIFF'S ORIGINAL PETITION AND APPLICATION FOR TEMPORARY RESTRAINING
ORDER AND TEMPORARY INJUNCTION - Page 4

seventeen (17) years old.  The defendants have failed under the letter and the spirit of the law to have meaningful participation in the individual transition plan by the student and/or the student's parents.  Such continued failure violates these plaintiffs' and all others similarly situated persons due process rights.

These defendants are bound in fact by the letter and spirit of the law that all eligible students with disabilities shall enjoy a right to a free appropriate public education and additionally that instruction shall be supplemented by the provision of special related services when appropriate.  Eligibility is set out for those less than twenty-one (21) years of age less and who have impairment that prevents the student from being adequately or safely educated in public school without the provision for special services or, is at least three but not more than twenty-one (21) years of age, and has one or more of the following disabilities that prevent the student from being adequately or safely educated in public school without the provision of special services:

(A)     physical disability;

(B)     mental retardation;

(C)     Emotional disturbance;

(D)     learning disability;

(E)     autism;

(F)     speech disability; or

(G)     traumatic brain injury.

These defendants are required by the letter and the spirit of the law, to the maximum extent appropriate, to provide institutions, special classes, separate schooling, because the nature of severity of the disability of this plaintiffs and other similarly situated is such that education in regular classes with the use of supplementary aids and services cannot be achieved satisfactorily.  In effect these defendants are thwarting these plaintiffs and all those similarly situated from the least restrictive environment where the child can receive an appropriate education designed to meet his or her education needs.  That is, the environment where the child can receive the

**PLAINTIFF'S ORIGINAL PETITION AND APPLICATION FOR TEMPORARY RESTRAINING ORDER AND TEMPORARY INJUNCTION - Page 5**

educational services that are appropriate for him or her may be different from another student's. The determining fact is the student's individual needs.

These plaintiffs, and all those similarly situated, cannot be educated satisfactorily in a regular education setting because most of the students sent to south Texas High School-San Benito have very special needs and fall into a different category. They need to be in an environment where:

1.     They do not feel threatened (at their home districts they feel they don't fit in. The subject matter is well over their heads and they get taunted by their peers as their reading ability is very poor or lacking completely).

2.     They want to feel normal and relaxed (at their home campus this can never happen as they are educated in a self-contained classroom and in some campuses they even eat away from the main stream students)

3.     They want to be involved in sports and activities (at South Texas they promote special Olympics and have class clubs that compete in area and state events)

4.     There are small class sizes and more one to one instruction at South Texas

5.     They are in a more structured setting geared for them at South Texas

6.     A positive behavioural support and/or behavior intervention system is in place

7.     They are able to participate actively in on the job training programs geared  to them in the community and on campus.

8.     There are behavior modification classes.

9.     The programs are geared toward students with lower level independence not higher as the other schools

10.     They have an age appropriate curriculum.

These students desperately need this setting and structure. It is not the desire of these plaintiffs individually and of all those similarly situated, and it is against the letter and spirit of the law, to attend the home campus because unfortunately such campus has not set up an approrrpriate program to absorb these students and are lacking adaptive devices and vocational assistance for

PLAINTIFF'S ORIGINAL PETITION AND APPLICATION FOR TEMPORARY RESTRAINING
ORDER AND TEMPORARY INJUNCTION - Page 6

the students. To have these student placed in a self-contained classroom in their district is to regress to a practice of many years ago.

If changes for these students are indeed indicated, the role of these defendants is to assist in planning and implementing appropriate "corrective actions" to ensure that any necessary changes occur in a manner that protects the rights afforded all parties, including students and parents. These plaintiffs individually complain for themselves, and for all those similarly situated, that the defendants will fail to provide supplementary aids and services, including program modifications and/or supports for school personnel, should these students be returned to their private homes or home districts thus thwarting this student's and all other students' individual education plans from being appropriately implemented.

Contrary to the defendants' mandates by the letter and spirit of the law, educational decisions are being based upon factors other than the student's individual needs, availability of service, or type or severity of disability. Plaintiffs in their behalf and in behalf of all those similarly situated would ask the court to recognize that disability is a natural part of human experience and in no way diminishes the right of individuals to participate in or contribute to society. Plaintiffs also submit individually and on behalf of all those similarly situated, that if this Court fails to intervene with all its equitable powers that such educational needs of these children with disabilities will not be fully met and that these childrens' disability will not receive appropriate education services that would enable such children to have full equality of opportunity.

Additionally, that the acts of the defendants contrary to the letter and spirit of the law are actually weakening the role of parents and diluting the assurance by law that families of such children have meaningful opportunities to participate in the education of their children. Court action is necessitated in this instance in order to ensure that such children benefit and that such special education should be a service for the children rather than a place where they are sent to sit idlely by in a regular classroom awaiting a time when they are old enough to drop out. Actions of this Court are needed to ensure that these plaintiffs and all others similarly situated,

that is, children with disabilities, have available to them a free appropriate public education that emphsizes special education and related services designed to meet their unique needs, and prepare them to the extent possible for employment and independent living. Thus, Court's intervention with its equitable powers are necessary to ensure the rights of children with disabilities and parents of such children are protected. Additionally, these plaintiffs in behalf of themselves and all others similarly situated should not be required as an alternative to participation at the South Texas High School-San Benito to contribute financially to the special education needs of their children by providing their education at their private residence.

Additionally, as further support for plaintiffs' position, plaintiffs submit that at the hearing of this matter they will be able to produce witnesses who will testify that, in fact, an agenda has been set forth by the South Texas High School-San Benito using the guise of a less restricted environment to send those children to their home high school campus rather than maintain them at the more appropriate facility of South Texas High School-San Benito. In fact, in support of plaintiffs position they attach hereto as Exhibit "A" a letter from the South Texas High School-San Benito indicating that the meetings of the less restrictive environment committee be suspended when in fact the spirit and letter of the law requires the less restrictive environment committee to operate as part and parcel of the school so that their input may be taken into considered during an ARD assessment.

III.

Disabled parents and their children and other similarly situated are entitled to the education afforded them by South Texas High School-San Benito since Ediberto Guerra is effectively barred from attending South Texas High School- San Benito, there has been irreparable interruption of the most appropriate educational facilities for him. Given the circumstances, Ediberto Guerra's exclusion from attending South Texas High School-San Benito has caused irreparable harm to his education good will, and relationships with the students and

**PLAINTIFF'S ORIGINAL PETITION AND APPLICATION FOR TEMPORARY RESTRAINING ORDER AND TEMPORARY INJUNCTION - Page 8**

teachers most appropriate for him, which harm cannot be specifically quantified, and for which damages is an inadequate remedy at law.

Rose Mary Guerra, Individually and as next friend of Ediberto Guerra seeks a temporary restraining order, temporary injunction and permanent injunction preventing South Texas High School-San Benito from restraining his attendance and participation at such school until and unless the defendants follow the procedures in a neutral, fair and not pre-determined manner as to any ARD meetings because and unless the defendants are immediately restrained, they will continue to commit such acts which will interfere with your plaintiffs', and those similarly situated, due process rights before notice of the hearing on temporary injunction can be heard and the hearing had. The continuance of the interference with plaintiffs' rights to attend South Texas High School-San Benito will cause immediate, irreparable and continued, injury, loss, or damage to the plaintiff unless such temporary restraining order is granted by this Honorable Court.

Unless such temporary restraining order is granted by this Honorable Court, plaintiffs will have no adequate remedy at law and thus, the temporary restraining order sought is both necessary and equitable. At this hearing, defendants will have no basis for the reduction it now seeks in the number of students attending South Texas High School-San Benito because of the unfounded, biased and prejudged agenda of having these students removed from the special care they receive at South Texas High School-San Benito.

The acts by the defendants South Texas High School-San Benito, South Texas Independent School District and Marla M. Guerra are against the public policy of the State of Texas and therefore must be stopped. Injunctive relief is sought so that justice may be done and to preserve the status quo both in the interim and after final trial: injunctive relief is not sought to injure South Texas High School-San Benito, South Texas Independent School District and Marla M. Guerra.

**PLAINTIFF'S ORIGINAL PETITION AND APPLICATION FOR TEMPORARY RESTRAINING ORDER AND TEMPORARY INJUNCTION - Page 9**

Plaintiffs Rosemary Guerra Individually and as next friend of Ediberto Guerra, and those similarly situated, seek the temporary restraining order from this Honorable court prohibiting defendant from:

1.  Threatening Plaintiffs' privileges to attend South Texas High School-San Benito;

2.  Instituting any action in this or any other county attempting to obtain temporary or permanent order(s) concerning this litigation;

3.  Molesting or disturbing the peace of the plaintiffs by continuing to attempt to prevent Ediberto Guerra and those similarly situation from attending South Texas High School-San Benito;

4.  Engaging in an unreasonable or unnecessary acts intending to interfere with the attendance of Ediberto Guerra and those similarly situated. stuated in their usual classes at South Texas High School-San Benito;

5.  Doing anything calculated to embarrass, harass, molest, injure plaintiffs' rights or humiliate plaintiffs; and,

6.  From interfering with or failing to continue the existing privileges of Ediberto Guerra and those similarly situated from attending South Texas High School-San Benito.

7.  From conducting any ARD meeting until this Court is convinced that such meetings are taking place in a manner best suited for the child's interest, welfare, education and safety with due regard for the meaningful participation of the parents.

## XII.

## DAMAGES

Rosemary Guerra Individually and as next friend of Ediberto Guerra seek damages for tortious interference with their attendance at South Texas High School-San Benito and for the defendants' unlawful exclusion from education at that school. Rosemary Guerra Individually and as next friend of Ediberto Guerra also seeks compensation for injuries and other like wrongs

**PLAINTIFF'S ORIGINAL PETITION AND APPLICATION FOR TEMPORARY RESTRAINING ORDER AND TEMPORARY INJUNCTION - Page 10**

incapable of monetary valuation. Plaintiffs also seeks to recover their attorney's fees for bringing suit to enforce said contract. All conditions precedent to their recovery of damages, court costs, and attorney's fees have occurred or been satisfied.

WHEREFORE, PREMISES CONSIDERED, Rosemary Guerra Individually and as next friend of Ediberto Guerra pray for a temporary restraining order, temporary injunction, and permanent injunction, enjoining South Texas High School-San Benito, South Texas Independent School District and Marla M. Guerra, its agents, employees, and anyone acting in concert with them, from preventing Ediberto Guerra and those students similarly situated from exercising their full rights and privileges from attending South Texas High School-San Benito until and unless such time, if any that South Texas High School-San Benito, South Texas Independent School District and Marla M. Guerra conduct ARD evaluations neutrally and accommodating the desires and wishes of the parents pursuant to due process requirements governing the defendants; and further prays for

(a)    damages;

(b)    costs of court;

(c)    attorney's fees;

and such other and further relief to which he shall show himself to be justly entitled, in law or in equity.

Respectfully submitted this the _____ day of October, 2002.

WATTS LAW FIRM, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520
(956) 544-0500
(956) 541-0255 FAX

_____
Ray R. Marchan
Attorney for Plaintiffs
State Bar No. 12969050

PLAINTIFF'S ORIGINAL PETITION AND APPLICATION FOR TEMPORARY RESTRAINING
ORDER AND TEMPORARY INJUNCTION - Page 11

FILED ___4:25___ O'CLOCK ___P___ M
AURORA DE LA GARZA DIST CLERK

OCT 22 2002

DISTRICT COURT OF CAMERON COUNTY, TEXAS
RICK M. CORNE, DEPUTY

## VERIFICATION

STATE OF TEXAS       §
                          §

COUNTY OF CAMERON    §

BEFORE ME, the undersigned Notary Public, on this day personally appeared Rosemary Guerra who, after being by me first duly sworn, deposed and stated that:

"I am the Plaintiff in the above-styled and numbered cause;

I am over the age of 18 years of age and not disqualified by law to make this affidavit.

I have read the foregoing Plaintiff's Original Petition and Application for Temporary Restraining Order and Temporary Injunction; and that the statements contained therein are true and correct to my personal knowledge.

The copy of the letter attached hereto as Exhibit "A" is an authentic true and correct copy of the original.

_____
ROSEMARY GUERRA

SUBSCRIBED AND SWORN TO before me this ___22___ day of October, 2002.

Leticia Fierros Garza
Notary Public
State of Texas
My Commission Expires
July 26, 2004

_____
Notary Public, State of Texas

**PLAINTIFF'S ORIGINAL PETITION AND APPLICATION FOR TEMPORARY RESTRAINING ORDER AND TEMPORARY INJUNCTION - Page 12**

CAUSE NO. _2002-10-4214-B_

| | | |
|---|---|---|
| ROSEMARY GUERRA INDIVIDUALLY | § | IN THE DISTRICT COURT |
| AND AS NEXT FRIEND OF | § | |
| EDIBERTO GUERRA | § | |
| *and all those similarly situated* | § | |
| | § | CAMERON COUNTY, TEXAS |
| VS. | § | |
| | § | |
| SOUTH TEXAS HIGH SCHOOL- | § | |
| SAN BENITO. SOUTH TEXAS | § | |
| INDEPENDENT SCHOOL DISTRICT | § | |
| AND MARLA M. GUERRA | § | 138th JUDICIAL DISTRICT |

## TEMPORARY RESTRAINING ORDER AND SHOW-CAUSE ORDER

On this day, Plaintiffs presented an application for temporary orders to the Court.

Having examined the pleadings and affidavit of Plaintiffs, The Court finds that Plaintiffs' sworn statements show that Defendants should be immediately restrained as requested by Plaintiffs to prevent immediate and irreparable injury, loss or damage to Plaintiffs' rights. Plaintiffs have no adequate remedy at law. The Court deems the orders set forth below to be necessary and equitable.

IT IS THEREFORE, ORDERED that a temporary restraining order be issued by the clerk of this Court to restrain Defendants and Defendants are hereby ORDERED immediately restrained from:

1. Threatening Plaintiffs' privileges to attend South Texas High School-San Benito;

2. Instituting any action in this or any other county attempting to obtain temporary or permanent order(s) concerning this litigation;

3. Molesting or disturbing the peace of the plaintiffs by continuing to attempt to prevent Ediberto Guerra and those similarly situation from attending South Texas High School-San Benito;

4. Engaging in an unreasonable or unnecessary acts intending to interfere with the attendance of Ediberto Guerra and those similarly situated. stuated in their usual classes at South Texas High School-San Benito;

PLAINTIFF'S ORIGINAL PETITION AND APPLICATION FOR TEMPORARY RESTRAINING ORDER AND TEMPORARY INJUNCTION - Page 15

5.   Doing anything calculated to embarrass, harass, molest, injure plaintiffs' rights or humiliate plaintiffs; and,

6.   From interfering with or failing to continue the existing privileges of Ediberto Guerra and those similarly situated from attending South Texas High School-San Benito.

7.   From conducting any ARD meeting until this Court is convinced that such meetings are taking place in a manner best suited for the child's interest, welfare, education and safety with due regard for the meaningful participation of the parents.

This restraining order is effective immediately and shall remain effective until further order of this Court or expiration by operation of law. The order is binding on Defendants on Defendants' agents, servants, employees, and attorneys and on any other person in active concert or participation with her who receive actual notice of this order by personal service or otherwise. Bond is set at ___*$1,000* *ºº*___.

IT IS FURTHER ORDERED that the clerk shall issue notice and Defendants are ordered to appear before this Court in the Courthouse of Cameron County, Texas on the _*31st*_ day of October, 2002, at _*9:00*_ o'clock _*a*_.m. in Brownsville, Texas.

Signed this the _*22nd*_ day of October, 2002.

_____
JUDGE PRESIDING

FILED _*5:00*_ ___O'CLOCK ___ M
AURORA DE LA GARZA DIST CLERK

OCT 22 2002

DISTRICT COURT OF CAMERON COUNTY TEXAS

PAGE: 01

2002-10-004214-B

10    22    02

(10)

TEMPORARY RESTRAINING ORDER/INJUNCTION

* * * C L E R K ' S   E N T R I E S * * * *

00497302
HON. RAY R. MARCHAN
1926 E. ELIZABETH
BROWNSVILLE, TEXAS    78520 0000

CL-SAN BENITO

ERRA

10/22/02 ORIGINAL PETITION FILED
10/22/02 VERIFICATION

ARCHAN PERMITTED TO SIGN AS SURETY MMURRAY,JR/RLJ
STRAINING ORDER AND SHOW CAUSE ORDER IS SET FOR
@ 9:00 A.M. BOND SET AT $1000.00. MMURRAY,JR/RLJ

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **ROSEMARY GUERRA INDIVIDUALLY** | § | |
| **AND AS NEXT FRIEND OF** | § | |
| **EDIBERTO GUERRA** | § | |
| *and all those similarly situated* | § | |
| | § | C. A. NO.  **B-02-207** |
| **VS.** | § | |
| | § | |
| **SOUTH TEXAS HIGH SCHOOL-** | § | |
| **SAN BENITO, SOUTH TEXAS** | § | |
| **INDEPENDENT SCHOOL DISTRICT** | § | |
| **AND MARLA M. GUERRA** | § | |

**LIST OF COUNSEL OF RECORD**
**AND**
**RECORD FROM 138TH JUDICIAL DISTRICT COURT OF TEXAS**

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Defendants **SOUTH TEXAS HIGH SCHOOL - SAN BENITO;**

**SOUTH TEXAS INDEPENDENT SCHOOL DISTRICT; and MARLA M. GUERRA** and file

this List of Counsel of Record in the above referenced cause, and would respectfully

show unto this Honorable Court as follows:

**ATTORNEY FOR PLAINTIFFS,**
**ROSEMARY GUERRA INDIVIDUALLY**
**AND AS NEXT FRIEND OF EDIBERTO GUERRA**
**and all those similarly situated:**

Ray R. Marchan
State Bar of Texas No. 12969050
Federal I.D. No. _____

**WATTS LAW FIRM, L.L.P.**
1926 East Elizabeth Street
Brownsville, Texas  78520
Telephone:  (956) 544-0500
Telecopier:  (956) 541-0255.

ATTORNEYS FOR DEFENDANTS:
SOUTH TEXAS HIGH SCHOOL - SAN BENITO;
SOUTH TEXAS INDEPENDENT SCHOOL DISTRICT;
and MARLA M. GUERRA:

Tom Fleming
State Bar of Texas No. 07133000
Federal I.D. No. 1188

Jeffrey G. Mathews
State Bar of Texas No. 24013115
Federal I.D. No. 24499

**FLEMING & HERNANDEZ, P.C.**
1650 Paredes Line Road, Suite 102
Brownsville, Texas  78521-1602
Telephone:  (956) 982-4404
Telecopier:  (956) 982-0943

Further attached to Notice are all filings of record, including the Docket Sheet

from the 138th Judicial District Court.

DATED:  October ⟨28⟩, 2002.

Respectfully submitted,

**FLEMING & HERNANDEZ, P.C.**
1650 Paredes Line Road, Suite 102
Brownsville, Texas  78521-1602
Telephone:  (956) 982-4404
Telecopier:  (956) 982-0943

**COUNSEL FOR DEFENDANTS.**

by:

**Tom Fleming**
State Bar of Texas No. 07133000
Federal I.D. No. 1188

**Jeffrey G. Mathews**
State Bar of Texas No. 24013115
Federal I.D. No. 24499

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing **LIST OF COUNSEL OF RECORD**

**AND RECORD FROM 138TH JUDICIAL DISTRICT OF TEXAS** was served October 28, 2002

in the manner(s) indicated below upon the following Counsel-of-record:

**COUNSEL FOR PLAINTIFFS,**
**ROSEMARY GUERRA INDIVIDUALLY**
**AND AS NEXT FRIEND OF EDIBERTO GUERRA**
**and all those similarly situated:**

Ray R. Marchan
WATTS LAW FIRM, L.L.P.
1926 East Elizabeth Street
Brownsville, Texas 78520
*(Certified United States Mail, R.R.R., #7000 0520 0022 1411 7992)*

Tom Fleming