IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

OCT 31 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ROSEMARY GUERRA INDIVIDUALLY AND AS NEXT FRIEND OF EDIBERTO GUERRA *and all those similarly situated* | § § § § | |
| vs. | § § | CIVIL ACTION |
| SOUTH TEXAS HIGH SCHOOL-SAN BENITO, SOUTH TEXAS INDEPENDENT SCHOOL DISTRICT AND MARLA M. GUERRA | § § § § § | NO. B-02-207 |

### PLAINTIFFS' MOTION TO EXTEND RESTRAINING RESTRAINING ORDER AND REQUEST FOR HEARING

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff ROSEMARY GUERRA INDIVIDUALLY AND AS NEXT FRIEND OF EDIBERTO GUERRA *and all those similarly situated* file this motion to extend temporary restraining order and set hearing pursuant to Federal Rules of Civil Procedure 65(b).

### I. INTORDUCTION

Plaintiffs ROSEMARY GUERRA INDIVIDUALLY AND AS NEXT FRIEND OF EDIBERTO GUERRA *and all those similarly situated* ask the court to take notice of all pleadings on file from the underlying action which was removed from the 138th Judicial District Court of Cameron County, Texas. Without waiving their right to filing a motion to remand, plaintiffs respectfully request that this Honorable Court extend the temporary restraining order signed by the state district court which had set this matter for hearing this day, Thursday, October 31, 2002. Plaintiffs counsel has contacted defense counsel regarding notice of this motion requesting an extension of the temporary restraining order for twenty (20) days to which defense counsel objection. Additionally, plaintiffs' counsel also requested consent from defense counsel for an extension of temporary restraining order for a period of ten (10) days to which defense

counsel also objected. From the specific facts shown in plaintiffs pleading and affidavit, immediate and irreparable injury, loss or damage will result should this temporary restraining order not be extended before a hearing can be had by this court on this matter. Plaintiffs request that this matter be set for hearing at the court's earliest convenience within the extension period of the 10 days so that a temporary injunction may be granted. Plaintiffs request that the security and bond already posted be accepted by this court or that this court set a bond so that plaintiffs may immediately file such security.

The temporary restraining order granted by the Texas state district court continues in effect through October 31, 2002 pursuant to 28 USC, Section 1450.

WHEREFORE, Plaintiffs pray that this honorable court issue an order extending the temporary restraining order specifying that the defendants are prohibited from:

1. Threatening Plaintiffs' privileges to attend South Texas High School-San Benito;
2. Instituting any action in this or any other county attempting to obtain temporary or permanent order(s) concerning this litigation;
3. Molesting or disturbing the peace of the plaintiffs by continuing to attempt to prevent Ediberto Guerra and those similarly situation from attending South Texas High School-San Benito;
4. Engaging in an unreasonable or unnecessary acts intending to interfere with the attendance of Ediberto Guerra and those similarly situated. stuated in their usual classes at South Texas High School-San Benito;
5. Doing anything calculated to embarrass, harass, molest, injure plaintiffs' rights or humiliate plaintiffs; and,

6. From interfering with or failing to continue the existing privileges of Ediberto Guerra and those similarly situated from attending South Texas High School-San Benito.

7. From conducting any ARD meeting until this Court is convinced that such meetings are taking place in a manner best suited for the child's interest, welfare, education and safety with due regard for the meaningful participation of the parents.

WHEREFORE, PREMISES CONSIDERED, Rosemary Guerra Individually and as next friend of Ediberto Guerra pray for a temporary restraining order, temporary injunction, and permanent injunction, enjoining South Texas High School-San Benito, South Texas Independent School District and Marla M. Guerra, its agents, employees, and anyone acting in concert with them, from preventing Ediberto Guerra and those students similarly situated from exercising their full rights and privileges from attending South Texas High School-San Benito until and unless such time, if any that South Texas High School-San Benito, South Texas Independent School District and Marla M. Guerra conduct ARD evaluations neutrally and accommodating the desires and wishes of the parents pursuant to due process requirements governing the defendants; and further prays for

(a) damages;
(b) costs of court;
(c) attorney's fees;

and such other and further relief to which he shall show himself to be justly entitled, in law or in equity.

Respectfully submitted this the __31__ day of October, 2002.

> WATTS LAW FIRM, L.L.P.
> 1926 E. Elizabeth
> Brownsville, Texas 78520
> (956) 544-0500
> (956) 541-0255  FAX
>
> _____
> Ray R. Marchan
> Attorney for Plaintiffs
> State Bar No. 12969050
> Federal I.D. No. 9522

## CERITIFICATE OF SERVICE

I hereby certify that on this the __31__ day of October, 2002, a true and correct copy of the foregoing instrument was forwarded to opposing counsel via fax and by hand-delivery.

_____
RAY R. MARCHAN

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| ROSEMARY GUERRA INDIVIDUALLY AND AS NEXT FRIEND OF EDIBERTO GUERRA *and all those similarly situated* | § § § § | |
| vs. | § § | CIVIL ACTION |
| SOUTH TEXAS HIGH SCHOOL-SAN BENITO, SOUTH TEXAS INDEPENDENT SCHOOL DISTRICT AND MARLA M. GUERRA | § § § § | NO. B-02-207 |

## CERTIFICATE OF CONFERENCE

Plaintiffs counsel sought consent from defendants' counsel for the temporary restraining order to be set for a hearing in twenty (20) days so that the federal district court would have enough time to set this matter with the least inconvenience to this Honorable Court's docket, however defense counsel opposed said request. Additionally, Defendants counsel is opposed to plaintiffs' motion.

Respectfully submitted this the ___31___ day of October, 2002.

WATTS LAW FIRM, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520
(956) 544-0500
(956) 541-0255 FAX

_____
Ray R. Marchan
Attorney for Plaintiffs
State Bar No. 12969050