IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 0 1 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ROSEMARY GUERRA INDIVIDUALLY AND AS NEXT FRIEND OF EDIBERTO GUERRA *and all those similarly situated*, | § § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action B-02-207 |
| SOUTH TEXAS HIGHSCHOOL-SAN BENITO, SOUTH TEXAS INDEPENDENT SCHOOL DISTRICT AND MARLA M. GUERRA, | § § § § § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED that on October 31, 2002, the Court considered Plaintiffs' Motion to Extend Restraining Order and Request for Hearing [Dkt. No. 3]. This case was removed to federal court on October 28, 2002. Having reviewed the initial pleadings and affidavit of Plaintiff, the Court finds that absent the issuance of a restraining order, Plaintiffs will be exposed to immediate and irreparable injury, loss or damage. Pursuant to Federal Rule of Civil Procedure 65(b), the Court is therefore of the opinion that the temporary restraining order issued by the 138th Judicial District Court of Cameron County on October 22, 2002, should be **EXTENDED**. Defendants are hereby **ORDERED** immediately restrained from:

Preventing Plaintiffs from attending South Texas High School-San Benito or directing Ediberto Guerra to return to San Benito Highschool in his home school district.

This temporary restraining order is effective immediately. The order is binding on Defendants, Defendants' agents, servants, employees, attorneys, and any other person in active concert of participation with defendants who receive actual notice of

this order by personal service or otherwise. Plaintiffs, having previously posted security and bond with the state court, have satisfied Federal Rule of Civil Procedure 65(c).

It is further **ORDERED** that the parties appear before this Court on November 6, 2002, at 10:00 a.m. The parties are directed to submit any appropriate supporting documentation that they wish the Court to consider regarding this matter no later than 1:00 p.m. on November 4, 2002.

DONE at Brownsville, Texas this 31st day of October, 2002.

Hilda G. Tagle
United States District Judge