

United States District Court
Southern District of Texas
FILED

NOV 0 4 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ROSEMARY GUERRA INDIVIDUALLY § | |
| AND AS NEXT FRIEND OF § | |
| EDIBERTO GUERRA § | |
| *and all those similarly situated* § | |
| § | |
| VS. § | C. A. NO. B-02-207 |
| § | |
| SOUTH TEXAS HIGH SCHOOL- § | |
| SAN BENITO, SOUTH TEXAS § | |
| INDEPENDENT SCHOOL DISTRICT § | |
| AND MARLA M. GUERRA § | |

## EMERGENCY MOTION TO QUASH

TO THE HONORABLE JUDGE OF SAID COURT:

Defendants **SOUTH TEXAS INDEPENDENT SCHOOL DISTRICT** and **Its Superintendent, MARLA M. GUERRA** file this motion to quash on an emergency basis for the reasons set out:

1.   Plaintiff **ROSEMARY GUERRA** served notice of two depositions by facsimile copier after 5:00 o'clock p.m. on Friday, November 1, 2002. As a result of such action, Defendants were not made aware of such notices until Monday morning, November 4, 2002. Copies of each such notice are attached hereto as "Exhibits A and B".

2.   As can be seen from "Exhibit A", Plaintiff is attempting to depose Marla M. Guerra at 3:00 o'clock p.m. on November 4, 2002 or, because of the tardy delivery of notice, on the same day as delivery of that notice.

3. "Exhibit B" demonstrates that Plaintiff is attempting to depose an individual by the name of Gene Lenz at 1:30 o'clock p.m. on November 5, 2002, or the day following delivery of the notice.

4. Plaintiff has failed to give reasonable notice in writing to Defendants as required by Rule 30(b), Federal Rules of Civil Procedure in that the notice regarding Defendant Guerra gives less than one day notice and the notice regarding one Gene Lenz to be taken in Austin, Texas gives only one day notice. Two full days have been deemed inadequate. *Stover v. Universal Moulded Products Corp.*, E.D.Pa. 1950, 11 F.R.D. 90.

5. Plaintiff has also failed to comply with Rule 30(a)(2)(C), F.R.C.P., in failing to obtain leave of court for depositions prior to the parties meeting and conferring as required by Rule 26(d). These rules are mandatory unless waived by all parties.

6. Further, because Plaintiff failed to meet and confer with Defendant, that party was unaware that Marla M. Guerra would be in Dallas, Texas the entire day of November 4, 2002 and that Counsel for Defendant would be scheduled for an EKG examination on November 5, 2002 and an appearance before the Brownsville City Commission on that same day. Each of the matters concerning Dr. Guerra and Defendants' Counsel have been scheduled much prior to Plaintiff's unwarranted and precipitous deposition notices.

Defendants request this Court enter its order on an emergency basis quashing the notices of deposition of Marla M. Guerra and Gene Lenz until such time as Plaintiff has fully complied with the requirements of the Federal Rules of Civil Procedure.

DATED: November 4, 2002.

                                    Respectfully submitted,

**FLEMING & HERNANDEZ, P.C.**
1650 Paredes Line Road, Suite 102
Brownsville, Texas 78521-1602
Telephone: (956) 982-4404
Telecopier: (956) 982-0943

by: _/s/ Tom Fleming_
**Tom Fleming**
State Bar of Texas No. 07133000
Federal I. D. No. 1188

**Jeffrey G. Mathews**
State Bar of Texas No. 24013115
Federal I. D. No. 24499

**COUNSEL FOR DEFENDANTS:**
**SOUTH TEXAS HIGH SCHOOL - SAN BENITO;**
**SOUTH TEXAS INDEPENDENT SCHOOL DISTRICT;**
and
**MARLA M. GUERRA.**

## CERTIFICATE OF CONFERENCE

On November 4, 2002, Defendants' Counsel contacted Counsel for Plaintiff who did not agree to this motion. The motion should, therefore, be considered to be opposed.

_/s/ Tom Fleming_
Tom Fleming

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing **EMERGENCY MOTION TO QUASH** was served <u>November 4, 2002</u> in the manner(s) indicated below upon the following Counsel-of-record:

**COUNSEL FOR PLAINTIFFS,**
**ROSEMARY GUERRA INDIVIDUALLY**
**AND AS NEXT FRIEND OF EDIBERTO GUERRA**
and all those similarly situated:
Ray R. Marchan
WATTS LAW FIRM, L.L.P.
1926 East Elizabeth Street
Brownsville, Texas  78520
*(PERSONAL DELIVERY)*

_____
Tom Fleming



Ray R. Marchan
Attorney at Law

Telephor.:: 956.544.0500
Facsimil:: 956.541.0255

November 1, 2002

Mr. Tom Fleming
Fleming & Hernandez, P.C.
1650 Paredes Line Road, Ste 102
Brownsville, Texas   78520

    Re:    **Civil No. B-02-207**
              **Rosemary Guerra, et al vs. South Texas High School, et al**

Dear Mr. Fleming:

    In referenced to the above styled and numbered cause, enclosed herewith please find Notice of Deposition of Marla M. Guerra .

    Thank you.

                                      Yours truly,

                                      WATTS LAW FIRM, L.L.P.

                                      Ray R. Marchan

RRM;lety
encs.

Corpus Christi • Houston • San Antonio • Brownsville • McAllen
Fort Brown Plaza • 1926 East Elizabeth Street • Brownsville, Texas 78520
Email: rrmarchan@wattslawfirm.com

EXHIBIT NO. A



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROSEMARY GUERRA, ET AL | § § | |
| VS. | § § | CIVIL ACTION NO. |
| SOUTH TEXAS HIGH SCHOOL, ET AL | § § § | B-02-207 |

**PLAINTIFFS' FIRST AMENDED NOTICE OF ORAL/VIDEO
DEPOSITION OF THE WITNESS, MARLA M. GUERRA**

Please take notice that the following oral deposition will be taken by the undersigned attorneys pursuant to the Texas Rules of Civil Procedure.

(1) The name of the witness is:

**MARLA M. GUERRA**

(2) The deposition will begin at 3:00 o'clock p.m. on November 4, 2002 and continue from day to day until the same has been completed.

(3) The place of the deposition will be at the offices of:

Watts Law Firm, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520

(4) The deposition will be taken by a duly authorized Court Reporter.

(5) Please take notice that, pursuant to the Texas Rules of Civil Procedure, Plaintiffs will cause the foregoing depositions to be recorded on videotape and may be telephonic.

**Respectfully submitted,**

WATTS LAW FIRM, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520
Phone: (956) 544-0500
Fax: (956) 541-0255

Ray R. Marchan
State Bar No. 12969050

Federal I.D. No. 9522
**ATTORNEYS FOR PLAINTIFF**

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing instrument was forwarded to the counsel of record via fax, by hand delivery or by certified mail, return receipt requested, on this the ____/____ day of November, 2002.

*Ray R. Marchan*
Ray R. Marchan

2

# WATTS LAW FIRM L.L.P.

Ray R. Marchan
Attorney at Law

Telephone: 956.544.0500
Facsimile: 956.541.0255

November 1, 2002

Mr. Tom Fleming
Fleming & Hernandez, P.C.
1650 Paredes Line Road, Ste 102
Brownsville, Texas 78520

    Re:    **Civil No. B-02-207**
              **Rosemary Guerra, et al vs. South Texas High School, et al**

Dear Mr. Fleming:

    In referenced to the above styled and numbered cause, enclosed herewith please find Notice of Deposition of Gene Lenz.

    Thank you.

Yours truly,

WATTS LAW FIRM, L.L.P.

Ray R. Marchan

RRM;lety
encs.

Corpus Christi • Houston • San Antonio • Brownsville • McAllen
Fort Brown Plaza • 1926 East Elizabeth Street • Brownsville, Texas 78520
Email: rrmarchan@wattslawfirm.com


EXHIBIT NO. B



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROSEMARY GUERRA, ET AL | § | |
| | § | |
| VS. | § | CIVIL ACTION |
| | § | |
| SOUTH TEXAS HIGH SCHOOL, | § | B-02-207 |
| ET AL | § | |

PLAINTIFFS' NOTICE OF ORAL/VIDEO
DEPOSITION OF THE WITNESS, GENE LENZ

Please take notice that the following oral deposition will be taken by the undersigned attorneys pursuant to the Texas Rules of Civil Procedure.

(1) The name of the witness is:

**GENE LENZ**

(2) The deposition will begin at 1:30 o'clock p.m. on November 5, 2002 and continue from day to day until the same has been completed.

(3) The place of the deposition will be at the offices of:

ESQUIRE DEPOSITIONS
3101 Bee Caves Road, Suite 220
Austin, Texas 78746

(4) The deposition will be taken by a duly authorized Court Reporter.

(5) Please take notice that, pursuant to the Texas Rules of Civil Procedure, Plaintiffs will cause the foregoing depositions to be recorded on videotape and may be telephonic.

Respectfully submitted,

WATTS LAW FIRM, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520
Phone: (956) 544-0500
Fax: (956) 541-0255

Ray R. Marchan

State Bar No. 12969050
ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing instrument was forwarded to the counsel of record via fax, by hand delivery or by certified mail, return receipt requested, on this the _____ day of November, 2002.

Ray R. Marchan

2