IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROSEMARY GUERRA INDIVIDUALLY § | | |
| AND AS NEXT FRIEND OF § | | |
| EDIBERTO GUERRA *and all those* § | CIVIL ACTION | |
| *similarly situated* § | | |
| § | | |
| VS. § | NO. B-02-207 | |
| § | | |
| SOUTH TEXAS HIGH SCHOOL- § | | |
| SAN BENITO, SOUTH TEXAS § | | |
| INDEPENDENT SCHOOL DISTRICT § | | |
| AND MARLA M. GUERRA § | | |

**PLAINTIFFS' RESPONSE TO DEFENDANTS'
EMERGENCY MOTION TO QUASH**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, ROSEMARY GUERRA INDIVIDUALLY AND AS NEXT FRIEND OF EDIBERTO GUERRA *and all those similarly situated*, plaintiffs by and through their attorney of record, Ray R. Marchan of WATTS LAW FIRM, L.L.P., and file this their response to defendants' emergency motion to quash;

I.

Plaintiffs herein would call the attention to this Honorable court that the depositions noticed of Marla M. Guerra and Gene Lenz are plaintiffs' second attempt to depose said individuals. While this case was pending in the 138th Judicial District Court of Cameron County, Texas, Plaintiffs attempted to depose said individuals. Said notices of depositions filed in the state district court are attached hereto as Exhibit "A." However, Defendants did not allow the said depositions to proceed and filed a motion to quash thereby preventing the taking of said depositions.

Because of the emergency hearing set for Wednesday 6, 2002, Plaintiffs again noticed these deposition for November 4 and November 5. Once again, defendants have

filed another motion to quash in attempts to stop the plaintiffs from deposing the said individuals. Plaintiffs' counsel spoke with defendants' counsel regarding the above depositions, however counsel indicated that he will not participate in the scheduling of the above-mentioned depositions.

Plaintiffs request that the honorable court not quash the depositions and allow the taking of these depositions in the interest of justice.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray that this Honorable Court deny defendants' Emergency Motion to Quash and allow the taking of the depositions of Marla M. Guerra and Gene Lenz and for such other and further relief, at law or in equity to which they may show themselves justly entitled to receive.

Respectfully submitted this the ___4___ day of November, 2002.

> WATTS LAW FIRM, L.L.P.
> 1926 E. Elizabeth
> Brownsville, Texas 78520
> (956)544-0500
> (956) 541-0255 FAX
>
> _____
> Ray R. Marchan
> Attorney for Plaintiffs
> State Bar No. 12969050
> Federal I.D. No. 9522

### CERTIFICATE OF SERVICE

On this the ___4___ day of November, 2002, a true and correct copy of the foregoing instrument was forwarded to opposing counsel via fax, by hand-delivery or by certified mail, return receipt requested.

_____
Ray R. Marchan



Ray R. Marchan
Attorney at Law

Telephone: 956.544.0500
Facsimile: 956.541.0255

October 25, 2002

Mrs. Aurora de la Garza
District Clerk
974 E. Harrison
Brownsville, Texas 78520

    Re:    Cause No. 2002-10-4214-B
            Rosemary Guerra, et al vs. South Texas I.S.D., et al
            In the 138th Judicial District

Dear Mrs. de la Garza:

Enclosed herewith please find Notice of deposition for filing with the papers of this cause.

Thank you for your usual courtesies.

                                      Yours truly,

                                      WATTS LAW FIRM, L.L.P.

                                      RAY R. MARCHAN

RRM:Lety
encs.

Corpus Christi • Houston • San Antonio • Brownsville • McAllen
Fort Brown Plaza • 1926 East Elizabeth Street • Brownsville, Texas 78520
Email: rrmarchan@wattslawfirm.com

*file copy*

Exhibit "A"

CAUSE NO. 2002-10-4214-B

| | | |
|---|---|---|
| ROSEMARY GUERRA, ET AL | § § | IN THE DISTRICT COURT |
| VS. | § § | 138TH JUDICIAL DISTRICT |
| SOUTH TEXAS HIGH SCHOOL, ET AL | § § § | CAMERON COUNTY, TEXAS |

## PLAINTIFFS' NOTICE OF ORAL/VIDEO DEPOSITION OF THE WITNESS, MARLA M. GUERRA

Please take notice that the following oral deposition will be taken by the undersigned attorneys pursuant to the Texas Rules of Civil Procedure.

(1) The name of the witness is:

**MARLA M. GUERRA**

(2) The deposition will begin at 10:00 o'clock a.m. on October 29, 2002 and continue from day to day until the same has been completed.

(3) The place of the deposition will be at the offices of:

Watts Law Firm, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520

(4) The deposition will be taken by a duly authorized Court Reporter.

(5) Please take notice that, pursuant to the Texas Rules of Civil Procedure, Plaintiffs will cause the foregoing depositions to be recorded on videotape and may be telephonic.

**Respectfully submitted,**

WATTS LAW FIRM, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520
Phone: (956) 544-0500
Fax: (956) 541-0255

_____
Ray R. Marchan
State Bar No. 12969050
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing instrument was forwarded to the counsel of record via fax, by hand delivery or by certified mail, return receipt requested, on this the _____25_____ day of October, 2002.

_____
Ray R. Marchan

# WATTS LAW FIRM L.L.P.

Ray R. Marchan
Attorney at Law

Telephone: 956.544.0500
Facsimile: 956.541.0255

October 25, 2002

Mrs. Aurora de la Garza
District Clerk
974 E. Harrison
Brownsville, Texas 78520

    Re:    Cause No. 2002-10-4214-B
              Rosemary Guerra, et al vs. South Texas I.S.D., et al
              In the 138th Judicial District

Dear Mrs. de la Garza:

    Enclosed herewith please find Notice of deposition for filing with the papers of this cause.

    Thank you for your usual courtesies.

                                         Yours truly,

                                         WATTS LAW FIRM, L.L.P.

                                         RAY R. MARCHAN

RRM:Lety
encs.

CAUSE NO. 2002-10-4214-B

| | | |
|---|---|---|
| ROSEMARY GUERRA, ET AL | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | 138TH JUDICIAL DISTRICT |
| | § | |
| SOUTH TEXAS HIGH SCHOOL, ET AL | § § | CAMERON COUNTY, TEXAS |

## PLAINTIFFS' NOTICE OF ORAL/VIDEO DEPOSITION OF THE WITNESS, GENE LENZ

Please take notice that the following oral deposition will be taken by the undersigned attorneys pursuant to the Texas Rules of Civil Procedure.

(1) The name of the witness is:

   **GENE LENZ**

(2) The deposition will begin at 1:30 o'clock p.m. on October 30, 2002 and continue from day to day until the same has been completed.

(3) The place of the deposition will be at the offices of:

   ESQUIRE DEPOSITIONS
   3101 Bee Caves Road, Suite 220
   Austin, Texas 78746

(4) The deposition will be taken by a duly authorized Court Reporter.

(5) Please take notice that, pursuant to the Texas Rules of Civil Procedure, Plaintiffs will cause the foregoing depositions to be recorded on videotape and may be telephonic.

**Respectfully submitted,**

WATTS LAW FIRM, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520
Phone: (956) 544-0500
Fax: (956) 541-0255

_____
Ray R. Marchan
State Bar No. 12969050
**ATTORNEYS FOR PLAINTIFF**

CAUSE NO. 2002-10-4214-B

| | | |
|---|---|---|
| ROSEMARY GUERRA, ET AL | § § | IN THE DISTRICT COURT |
| VS. | § § | 138TH JUDICIAL DISTRICT |
| SOUTH TEXAS HIGH SCHOOL, ET AL | § § § | CAMERON COUNTY, TEXAS |

**PLAINTIFFS' NOTICE OF ORAL/VIDEO DEPOSITION OF THE WITNESS, MARLA M. GUERRA**

Please take notice that the following oral deposition will be taken by the undersigned attorneys pursuant to the Texas Rules of Civil Procedure.

(1)  The name of the witness is:

   **GENE LENZ**

(2)  The deposition will begin at 1:30 o'clock p.m. on October 30, 2002 and continue from day to day until the same has been completed.

(3)  The place of the deposition will be at the offices of:

   Watts Law Firm, L.L.P.
   1926 E. Elizabeth
   Brownsville, Texas 78520

(4)  The deposition will be taken by a duly authorized Court Reporter.

(5)  Please take notice that, pursuant to the Texas Rules of Civil Procedure, Plaintiffs will cause the foregoing depositions to be recorded on videotape and may be telephonic.

   Respectfully submitted,

   WATTS LAW FIRM, L.L.P.
   1926 E. Elizabeth
   Brownsville, Texas 78520
   Phone: (956) 544-0500
   Fax: (956) 541-0255

   _____
   Ray R. Marchan
   State Bar No. 12969050
   **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing instrument was forwarded to the counsel of record via fax, by hand delivery or by certified mail, return receipt requested, on this the _____ day of October, 2002.

_____
Ray R. Marchan

---

2nd Amd Notice of Deposition,
Jesse R. Bingham
CMS/er                                    2