IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ROSEMARY GUERRA INDIVIDUALLY AND AS NEXT FRIEND OF EDIBERTO GUERRA *and all those similarly situated*, § § § § Plaintiff, § § v. § § SOUTH TEXAS HIGHSCHOOL-SAN § BENITO, SOUTH TEXAS INDEPENDENT § SCHOOL DISTRICT AND MARLA M. § GUERRA, § Defendants. § | Civil Action B-02-207 |

## ORDER

BE IT REMEMBERED that on November 4, 2002, the Court **GRANTED** Defendants' Emergency Motion to Quash [Dkt. No. 6]. The Court finds that Plaintiffs have not given reasonable notice to Defendants and have failed to comply with Rule 30(a)(2)(C) of the Federal Rules of Civil Procedure.

DONE at Brownsville, Texas this 4th day of November, 2002.

Hilda G. Tagle
United States District Judge