# Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ■ Nicolas     ☐ LEvesque |
| DATE | 11 — 06 — 02 |
| TIME | 10:10 a.m. — 11:05 a.m. |
| CIVIL ACTION | B — 02 — 207 |
| STYLE | GUERRA<br>*versus*<br>SOUTH TEXAS HIGH SCHOOL–SAN BENITO |

United States District Court
Southern District of Texas
FILED

NOV 06 2002

Michael N. Milby, Clerk of Court

DOCKET ENTRY

(HGT)  ■ Hearing:                    (Rptr.  Breck Record  )

Ray Marchan         for   ■ Ptf. #_____  ☐ Deft. #_____

Tom Fleming         for   ☐ Ptf. #_____  ■ Deft. #_____

1. The parties argued plaintiffs' motion for preliminary injunction. Defendants argued that the case should be dismissed for lack of subject matter jurisdiction because plaintiffs failed to exhaust their administrative remedies.

2. The Court withdrew its Temporary Restraining Order [Dkt. No. 4].

3. The Court GRANTED Defendants' motion to abate [Dkt. No. 9]. This case is abated until such time as the Plaintiffs avail themselves of the administrative review process or move the Court to reconsider based on evidence that San Benito High School is a dangerous environment for Plaintiff Ediberto Guerra.