| UNITED STATES DISTRICT COURT | ☆ | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

United States District Court
Southern District of Texas
FILED

| versus Suena et al. S.T.I.S.D, et al. | CASE NO. C.A: 02-207   NOV 06 2002 Michael N. Milby, Clerk of Court Exhibit List |
|---|---|
| Judge Hilda G. Tagle | Case Manager: Stella Cavazos<br>Court Reporter: Breck Record |
| List of Plaintiff | Proceeding Hearing   Date 11/6/02 |

| No. | Description | Adm | Exd |
|---|---|---|---|
| 1 | ARD documents of Eliberto Suena | | |
| 2 | Guide to ARD process | | |
| 3 | 11/5/02 letter STISD | | |
| 4 | Photo STISD | | |
| 5 | Photo STISD | | |
| 6 | PTS - Bylaws | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |