12

| UNITED STATES DISTRICT COURT | ☆ | SOUTHERN DISTRICT OF TEXAS |

| versus - Becerra, et al. S.T.I.S.D. | CASE NO. CIVIL ACTION: 02-207 |
|---|---|
| | Witness List |
| Judge Hilda G. Tagle | Case Manager: Stella Cavazos<br>Court Reporter: Breck Record |
| List of<br>Plaintiffs | Proceeding    Date<br>Hearing    11/6/02 |

1. Marla M. Becerra
2. Michael Brock
3. Dolores Garcia
4. Mario Manoquin
5. Rosemary Becerra
6. Joe Zamora, M.D.
7.
8.
9.
10.

United States District Court
Southern District of Texas
FILED

NOV 06 2002

Michael N. Milby, Clerk of Court