IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 0 6 2002

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| ROSEMARY GUERRA INDIVIDUALLY | § | |
| AND AS NEXT FRIEND OF | § | |
| EDIBERTO GUERRA | § | |
| *and all those similarly situated* | § | |
| | § | |
| VS. | § | C. A. NO. B-02-207 |
| | § | |
| SOUTH TEXAS HIGH SCHOOL- | § | |
| SAN BENITO, SOUTH TEXAS | § | |
| INDEPENDENT SCHOOL DISTRICT | § | |
| AND MARLA M. GUERRA | § | |

# EXHIBIT LIST
## FOR SOUTH TEXAS INDEPENDENT SCHOOL DISTRICT'S RESPONSE TO PLAINTIFF'S MOTION TO EXTEND RESTRAINING ORDER

1. South Texas Independent School District Confidential Student Records of Plaintiff Eliberto Guerra, Jr.

2. Selected South Texas Independent School District Policies, Rules and Procedures regarding students requiring special education.

3. Selected Texas Education Agency ("TEA") Policies, Rules and Procedures regarding students requiring special education.

4. 1993 TEA Monitoring Reporting of South Texas Independent School District's compliance with state and federal regulations regarding students with the need for special education.

5. 1994 TEA Monitoring Reporting of South Texas Independent School District's compliance with state and federal regulations regarding students with the need for special education.

6. September 1999 TEA Monitoring Reporting of South Texas Independent School District's compliance with state and federal regulations regarding students with the need for special education.

7. November 1999 TEA Monitoring Reporting of South Texas Independent School District's compliance with state and federal regulations regarding students with the need for special education.

8. 1999 TEA's District Effectiveness and Compliance Report of South Texas Independent School District concerning students requiring special education.

9. 2000 TEA findings of a corrective action review follow-up visit.

10. Jerry Vlasak's letter to Dr. Marla Guerra regarding application and interpretation of the least restrictive environment provisions of Individuals with Disabilities Education Act.