| UNITED STATES DISTRICT COURT | ☆ | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

| Rosemary Duena, et al versus South Texas High School, et al | CASE NO. C.A. B:02-207 |
|---|---|
| | Witness List |
| Judge Hilda G. Tagle | Case Manager: Stella Cavazos<br>Court Reporter: Breck Record |
| List of<br>STISD WITNESSES | Proceeding   Date<br>Hearing   11/6/02 |

1. MARLA GUERRA

2. JERRY VLASAK

3. DOMINGA ANGUIANO

4.

5.

6.

7.

8.

9.

10.

United States District Court
Southern District of Texas
FILED

NOV 06 2002

Michael N. Milby, Clerk of Court