17

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 0 4 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ROSEMARY GUERRA, INDIVIDUALLY AND AS NEXT FRIEND OF EDIBERTO GUERRA *and all those similarly situated* | § § § § | |
| VS. | § § | CIVIL ACTION  NO. B-02-207 |
| SOUTH TEXAS HIGH SCHOOL- SAN BENITO, SOUTH TEXAS INDEPENDENT SCHOOL DISTRICT AND MARLA M. GUERRA | § § § § § | |

## NOTICE OF SETTLEMENT

The parties in the above entitled and numbered cause amicably worked out the matters in controversy and hereby announce to this Honorable Court that they have settled this case.

Respectfully submitted this the ___3___ day of March, 2003.

WATTS LAW FIRM, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520
(956) 544-0500
(956) 541-0255  FAX

_____
Ray R. Marchan
State Bar No. 12969050
*Attorneys for Plaintiffs*

1

APPROVED:

FLEMING & HERNANDEZ, P.C.
1650 Paredes Line Road, Ste 102
Brownsville, Texas 78521-1602
(956) 982-4404
(956) 982-0943

_____
TOM FLEMING
State Bar No. 07133000
Federal I.D. No. 1188
*Attorney for Defendants*
*South Texas High School-San Benito; South*
*Texas I.S.D. and Marla M. Guerra*

## CERTIFICATE OF SERVICE

I hereby certified that on this the ___3___ day of March, 2003, a true and correct copy of the foregoing instrument was forwarded to opposing counsel via fax, by hand-delivery or by certified mail, return receipt requested.

_____
RAY R. MARCHAN

2

APPROVED:

FLEMING & HERNANDEZ, P.C.
1650 Paredes Line Road, Ste 102
Brownsville, Texas 78521-1602
(956) 982-4404
(956) 982-0943

*[signature: Tom Fleming]*

TOM FLEMING
State Bar No. 07133000
Federal I.D. No. 1188
*Attorney for Defendants*
*South Texas High School-San Benito; South*
*Texas I.S.D. and Marla M. Guerra*

### CERTIFICATE OF SERVICE

I hereby certified that on this the ___3___ day of March, 2003, a true and correct copy of the foregoing instrument was forwarded to opposing counsel via fax, by hand-delivery or by certified mail, return receipt requested.

*[signature]*
RAY R. MARCHAN

2