IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 0 6 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ROSEMARY GUERRA INDIVIDUALLY AND AS NEXT FRIEND OF EDIBERTO GUERRA *and all those similarly situated*, § § § § § | |
| Plaintiff, § | |
| v. § | Civil Action B-02-207 |
| § | |
| SOUTH TEXAS HIGHSCHOOL-SAN BENITO, SOUTH TEXAS INDEPENDENT SCHOOL DISTRICT AND MARLA M. GUERRA, § § § § | |
| Defendants. § | |

## FINAL ORDER OF DISMISSAL

BE IT REMEMBERED that on March 5, 2003, the Court having received from the parties a Notice of Settlement [Dkt. No. 17] dismisses this case with prejudice. The Court retains jurisdiction to enforce the settlement. *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 381 (1994).

DONE at Brownsville, Texas, this 5th day of March 2003.

Hilda G. Tagle
United States District Judge